

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

NOV 1 5 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

By Hand

The Honorable William H. Pauley III
United States District Judge
500 Pearl Street
New York, New York 10007

Re:  Unsealing Order in *United States v. Maximo Gomez*, et al, 07 Cr. 783 (WHP)

Dear Judge Pauley:

I respectfully request that Order 07 Mag. 1701 authorizing disclosure of historical cell site information, which was issued and executed in connection with this matter, be unsealed so that the accompanying applications may be produced to the defendants in discovery. For the Court's convenience, the Government has enclosed a copy of these materials.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Joseph P. Facciponti
Assistant United States Attorney
Tel:  (212) 637-2522
Fax:  (212) 637-2390

Enclosures

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
United States District Judge
Southern District of New York