```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                            NOTICE OF APPEARANCE
          - v. -                   :

MAXIMO GOMEZ,                      :    07 Cr. 783 (WHP)
PEDRO LUIS RODRIGUEZ,
     a/k/a "Jose Rodriguez,"       :
     a/k/a "Ramon,"
     a/k/a "Flaco,"                :
MARINO ANTONIO REYES, and
     a/k/a "Ismael Roman,"         :

               Defendants.         :

- - - - - - - - - - - - - - - - - - x
```

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
CHI T. STEVE KWOK ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned Assistant United States Attorney now will be representing the Government in the above-referenced matter, in the place of Assistant United States Joseph Facciponti, who up until now has handled the case.

Dated:   New York, New York
         December 28, 2007

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  /s/ Chi T. Steve Kwok
                              Chi T. Steve Kwok
                              Assistant United States Attorney
                              T: (212) 637-2415
                              F: (212) 637-2527

CERTIFICATE OF SERVICE

Chi T. Steve Kwok deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on December 28, 2007, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Chi T. Steve Kwok on Behalf of the United States by U.S. Mail on:

>    Steven M Statsinger
>    Counsel to Maximo Gomez
>    Federal Defenders of New York Inc.
>    52 Duane Street
>    10th Floor
>    New York, NY 10007
>
>    David J Goldstein
>    Counsel to Pedro Luis Rodriguez
>    Goldstein & Weinstein
>    888 Grand Concourse
>    Bronx, NY 10451
>
>    Ellyn I. Bank
>    Counsel to Marino Antonio Reyes
>    30 Vesey Street
>    Suite 100
>    New York, NY 10007

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

/s/ Chi T. Steve Kwok
Chi T. Steve Kwok

Executed on:   December 28, 2007
               New York, New York