UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA        :

       v.                          :       S1 07 Cr. 783 (WHP)

MAXIMO GOMEZ                    :

       Defendant.                   :

------------------------------X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                _____
                                Defendant

                                _____
                                Witness

                                _____
                                Counsel for Defendant

Date:  New York, New York
       March ___, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2008

0202