UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MAXIMO GOMEZ,

               Defendant

S1 07 Cr. 783 (WHP)

---

    I, MAXIMO GOMEZ, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

                        _/s/ Maximo Gomez_
                            Defendant

                        _/s/ Debbie Smith_
                            Witness

                        _/s/_
                            Counsel for Defendant

Date: New York, New York
      March 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2008